UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| LEROY SIMPSON, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:10-10-DCR |
| V. | ) | |
| LADONNA THOMPSON, | ) | **JUDGMENT** |
|     Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) The claims asserted in this civil rights action by Leroy Simpson are **DISMISSED** with prejudice.

(2) Judgment is entered in favor of the named Defendant, LaDonna Thompson on all issues raised herein by the Plaintiff.

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(4) The Court **CERTIFIES** that any appeal would not be taken in good faith.

This 30th day of March, 2010.



Signed By:
*Danny C. Reeves* DCR
**United States District Judge**